UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACKIE EVANAUSKI,

       File No. 1:20-CV-00947

    Plaintiff,

       Hon. Janet T. Neff

v.

LINDA AERTS,
Supervisor of Cedar Creek Township,
in her official and individual capacities,
STEPHANIE KUZIAK,
Clerk of Cedar Creek Township,
in her official and individual capacities,
and CEDAR CREEK TOWNSHIP,

    Defendants.

| | |
|---|---|
| Sarah Riley Howard | Craig R. Noland |
| Crystal J. Bultje | Amanda Marie Zdarsky |
| Pinsky, Smith, Fayette & Kennedy, LLP | McGraw Morris PC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 146 Monroe Center Street NW, Ste 805 | 300 Ottawa Avenue, NW, Suite 820 |
| Grand Rapids, MI 49503 | Grand Rapids, MI 49503 |
| (616) 451-8496 | (616) 288-3702 |
| showard@psfklaw.com | cnoland@mcgrawmorris.com |
| cbultje@psfklaw.com | azardsky@mcgrawmorris.com |

**STIPULATION AND PROPOSED ORDER REGARDING TIME TO FILE AN AMENDED COMPLAINT**

After conferring with one another, the parties have agreed that Plaintiff may wait to file an amended complaint – adding an additional count – until after the parties engage in an early settlement conference on January 14, 2021. Accordingly,

1

counsel for the parties hereby stipulate and agree that Defendants will consent to Plaintiff filing an amended complaint, if necessary, provided that Plaintiff does so before January 29, 2021.

|  |  |
|---|---|
|  | PINSKY, SMITH, FAYETTE & KENNEDY, LLP<br>Attorneys for Plaintiffs |
| Dated: January 7, 2021 | By: /s/ Crystal J. Bultje<br>Sarah Riley Howard<br>Crystal J. Bultje<br>146 Monroe Center, N.W., Suite 805<br>Grand Rapids, MI 49503<br>(616) 451-8496<br>showard@psfklaw.com |
|  | MCGRAW MORRIS PC<br>Attorneys for Plaintiffs |
| Dated: January 7, 2021 | By: /s/ Craig R. Nolan<br>Craig R. Nolan<br>Amanda Zdarsky<br>300 Ottawa Avenue, NW, Suite 820<br>Grand Rapids, MI 49503<br>(616) 288-3702<br>cnoland@mcgrawmorris.com |

IT IS SO ORDERED.

Dated: _____
HON. JANET T. NEFF
U.S. District Judge