UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JACKIE EVANAUSKI,

      Plaintiff,

v.

LINDA AERTS,
Supervisor of Cedar Creek Township,
in her official and individual capacities,
STEPHANIE KUZIAK,
Clerk of Cedar Creek Township,
in her official and individual capacities,
and CEDAR CREEK TOWNSHIP,

      Defendants.

File No. 1:20-CV-00947

Hon. Janet T. Neff

| | |
|---|---|
| Sarah Riley Howard | Craig R. Noland |
| Crystal J. Bultje | Amanda Marie Zdarsky |
| Pinsky, Smith, Fayette & Kennedy, LLP | McGraw Morris PC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 146 Monroe Center Street NW, Ste 805 | 300 Ottawa Avenue, NW – Suite 820 |
| Grand Rapids, MI 49503 | Grand Rapids, MI 49503 |
| (616) 451-8496 | (616) 288-3702 |
| showard@psfklaw.com | cnoland@mcgrawmorris.com |
| cbultje@psfklaw.com | azardsky@mcgrawmorris.com |

## PLAINTIFFS' MOTION TO FILE FIRST AMENDED COMPLAINT

      Plaintiff Jackie Evanauski hereby submits this Motion to File First Amended Complaint, attached as Exhibit 1 to the Brief in Support. Plaintiff makes this motion pursuant to Federal Rule of Civil Procedure 15(a)(2) and the attached brief in support.

                                          PINSKY, SMITH, FAYETTE & KENNEDY, LLP
                                          Attorneys for Plaintiffs

Dated: January 28, 2021        By:  /s/ Sarah Riley Howard
                                          Sarah Riley Howard
                                          Crystal J. Bultje
                                          146 Monroe Center, N.W., Suite 805
                                          Grand Rapids, MI 49503
                                          (616) 451-8496
                                          showard@psfklaw.com
                                          cbultje@psfklaw.com