UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACKIE EVANAUSKI,

    Plaintiff,

v.

LINDA AERTS, et al.,

    Defendant.
_____/

Case No. 1:20-cv-947

HON. JANET T. NEFF

## **ORDER**

This matter is before the Court on Plaintiff's Motion to File First Amended Complaint (ECF No. 22), seeking leave to file the proposed amended complaint (ECF No. 23-1).  Defense counsel consented to the motion.  *See* ECF No. 24.  The Court having reviewed the motion papers, including the proposed amended complaint:

**IT IS HEREBY ORDERED** that the Motion to File First Amended Complaint (ECF No. 22) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall accept for filing Plaintiff's proposed amended complaint (ECF No. 23-1).

**IT IS FURTHER ORDERED** that Defendants shall, not later than February 19, 2021, file an answer or other responsive pleading to the First Amended Complaint.

Dated:  January 29, 2021

      /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge